

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 59TH JUDICIAL DISTRICT COURT OF GRAYSON COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 25th day of June, 2015, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| RORY HOGENSON, Appellant | On Appeal from the 59th Judicial District Court, Grayson County, Texas |
| No. 05-14-00981-CR          V. | Trial Court Cause No. 063011. Opinion delivered by Justice Schenck. |
| THE STATE OF TEXAS, Appellee | Justices Bridges and Lang participating. |

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 8th day of September, 2015.

_____
LISA MATZ, Clerk